**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    7

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Virus International Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-2567541** | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **Costa Mesa Commerce Park, Building C<br>3303 Harbor Boulevard<br>Costa Mesa, CA 92626**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | Location of principal assets, if different from principal place of business<br>**Calle Vinedos, #3000<br>Parque El Benjio<br>Tecate, B.C. Mexico 21430**<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Virus International Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

Debtor    **Virus International Inc.**                                Case number *(if known)* _____
　　　　　Name

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No |
|---|---|---|
| | | ☐ Yes. |

| | List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|---|
| | | District _____ When _____ | | Case number, if known | _____ |

---

**11.  Why is the case filed in** *this district?*        *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
　　　　　　Contact name _____
　　　　　　Phone _____

---

**　　　　Statistical and administrative information**

**13.  Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| 14. Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | ☐ 200-999 | | |

---

| 15. Estimated Assets | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| 16. Estimated liabilities | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|

Debtor    **Virus International Inc.**                                        Case number (*if known*)
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    **Virus International Inc.**                                    Case number *(if known)*
          Name

---

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **SEP 1 8 2023**
                MM / DD / YYYY

X _____        Russell Lin
Signature of authorized representative of debtor    Printed name

Title    **President**

---

**18. Signature of attorney**

X _____        Date    **SEP 1 8 2023**
Signature of attorney for debtor                    MM / DD / YYYY

**Summer Shaw, Esq.**
Printed name

**SHAW & HANOVER, PC**
Firm name

**44-901 Village Court, Suite B**
**Palm Desert, CA 92260**
Number, Street, City, State & ZIP Code

Contact phone    **(760) 810-0000**    Email address    **ss@shaw.law**

**283598 CA**
Bar number and State

## United States Bankruptcy Court
## Central District of California

In re   **Virus International Inc.**

Debtor(s)

Case No.

Chapter   **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Russell Lin**, declare under penalty of perjury that I am the **President** of **Virus International Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **1st** day of **August**, 20 **23** .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Russell Lin, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Russell Lin, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Russell Lin, President** of this Corporation is authorized and directed to employ **Summer Shaw, Esq.**, attorney and the law firm of **SHAW & HANOVER, PC** to represent the corporation in such bankruptcy case."

Date   **08/01/2023**

Signed

Russell Lin

Resolution of Board of Directors
of
**Virus International Inc.**

Whereas, It is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Russell Lin, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Russell Lin, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Russell Lin, President** of this Corporation is authorized and directed to employ **Summer Shaw, Esq.**, attorney and the law firm of **SHAW & HANOVER, PC** to represent the corporation in such bankruptcy case.

Date   **08/01/2023**                                Signed

Date                                                Signed

**Fill in this information to identify the case:**

Debtor name      Virus International Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

■    Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

■    Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

■    Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

■    Schedule H: Codebtors (Official Form 206H)

■    Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐    Amended Schedule _____

☐    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  SEP 1 8 2023        X _____
                                    Signature of individual signing on behalf of debtor

                                    Russell Lin
                                    Printed name

                                    President
                                    Position or relationship to debtor

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at __Irvine__ , California.

Date: __SEP 1 8 2023__

Russell Lin
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                      Page 1          **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **Virus International Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

**Part 1:**   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*...............................................................................................................    $         **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*............................................................................................................    $      **192,297.21**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*..............................................................................................................    $      **192,297.21**

**Part 2:**   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      **495,596.03**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................    $      **12,021.79**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$      **3,841,137.91**

4.   **Total liabilities** ...................................................................................................................................
     Lines 2 + 3a + 3b             $      **4,348,755.73**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name  **Virus International Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**　　**Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.　　Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **Business Checking Account** | 1884 | $0.00 |
| 3.2. | **Wells Fargo Bank** | **Business Checking Account** | 8917 | $302.73 |
| 3.3. | **Wells Fargo Bank** | **Business Checking Account** | 9063 | $0.00 |
| 3.4. | **Wells Fargo Bank** | **Business Checking Account** | 9212 | $0.00 |
| 3.5. | **Wells Fargo Bank** | **Business Savings Account** | 8776 | $0.00 |
| 3.6. | **PayPal/PayPal (CAD)** | **Merchant Account** | 65F2 | $2,984.14 |

Debtor   **Virus International Inc.**                                        Case number *(if known)* _____
_____Name_____

| | | | | | |
|---|---|---|---|---|---|
| 3.7. | **Citibank**<br>**(Account is in Russell Lin's name only**<br>**but used for Debtor only)** | **Checking Account** | **3282** | | **$0.00** |

| | | | | | |
|---|---|---|---|---|---|
| 3.8. | **Citibank**<br>**(Account is in Russell Lin's name only**<br>**but used for Debtor only)** | **Checking Account** | **3365** | | **$0.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    **$3,286.87**

**Part 2:**   **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Security deposit with The Bitetti Revocable Living Trust/Landlord for 8821 Research**<br>**Drive, Irvine, CA location** | **$12,256.79** |
|---|---|---|
| 7.2. | **Security deposit with SDCO Costa Mesa Commerce Park, Inc./Landlord for Costa Mesa**<br>**Commerce Park, Building C, 3303 Harbor Boulevard, Costa Mesa CA location** | **$30,842.60** |
| 7.3. | **Prepaid Expenses as of 08/31/2023** | **$1,438.66** |
| 7.4. | **Security deposit with Beta Security Systems** | **$91.90** |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Legal Fee Deposit of $23,850.00** | **$0.00** |
|---|---|---|

9.   **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                **$44,629.95**

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

Debtor    __Virus International Inc.__                                    Case number *(If known)* _____
          Name

| 11a. 90 days old or less: | **11,380.39** | - | **0.00** = .... | **$11,380.39** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

12.  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

> $11,380.39

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale**<br>**a.) Athletic Wear in Baja Warehouse as of 09/16/2023 - $797,958.26**<br>**b.) Athletic Wear in Costa Mesa Warehouse as of 09/05/2023 - $560,672.12** | | **$1,358,630.38** | | **$130,000.00** |
| 22.  **Other inventory or supplies** | | | | |

23.  **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

> $130,000.00

24.  **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

Debtor    **Virus International Inc.**                                    Case number *(If known)* _____
            Name

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office furniture and equipment** **(Book value as of 08/31/2023)** | $2,631.66 | Resale | $2,000.00 |
| 40. **Office fixtures** **Phonebooth** **(Book value as of 08/31/2023)** | $8,010.13 | Resale | $1,000.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**                                                                     $3,000.00
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Leased Toshiba 3515AC** **(Debtor intends to surrender)** | $0.00 | | $0.00 |

---

Debtor    **Virus International Inc.**                                    Case number *(if known)* _____
       Name

51.  **Total of Part 8.**                                                                    | $0.00 |

    Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **US and Canadian Virus trademark - Registration No. 4305006** **(Book value as of 08/31/2023)** | $7,640.18 | | $0.00 |
| 61.  **Internet domain names and websites** **virusintl.com, wholesale.virusintl.com, and virusca.com** | $0.00 | | $0.00 |
| 62.  **Licenses, franchises, and royalties** **License agreement with Virus Intl. Europe ApS** | $0.00 | | $0.00 |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**                                                                   | $0.00 |

    Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ☑ No
    ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No

Debtor    __Virus International Inc.__    Case number *(if known)* _____
         Name

☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

**Current value of
debtor's interest**

**71.**    **Notes receivable**
       Description (include name of obligor)

**72.**    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

       **Estimated Employee retention tax credit - $387,833.43**      Tax year _____      **Undetermined**

**73.**    **Interests in insurance policies or annuities**

**74.**    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

       **Possible counter claims against Linda Takashima**                **Undetermined**
       Nature of claim  _____
       Amount requested  _____

**75.**    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

**76.**    **Trusts, equitable or future interests in property**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership
       **Loan to Virus NZ Limited ("NZ") $245,167.08 as of
       08/31/2023**
       **(Debtor believes this debt will be uncollectible)**                **$0.00**

       **Loan to Virus Performance UK, Ltd ("UK") $328,438.96
       as of 08/31/2023**
       **(Debtor believes this debt will be uncollectible)**                **$0.00**

**78.**    **Total of Part 11.**                                        **$0.00**
       Add lines 71 through 77. Copy the total to line 90.

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

Debtor    __Virus International Inc.__                    Case number *(if known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,286.87 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $44,629.95 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $11,380.39 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $130,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $192,297.21 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $192,297.21 |

**Fill in this information to identify the case:**

Debtor name **Virus International Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Intuit Financing Inc.**<br>Creditor's Name<br>**Attn: Officer, Director or Managing Agent**<br>**2700 Coast Avenue**<br>**Mountain View, CA 94043**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All assets of the Debtor pursuant to validity of UCC1** | **$46,091.28** | **$0.00** |
| | Describe the lien<br>**UCC1 recorded 03/15/2022**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**03/2022**<br>**Last 4 digits of account number** | | | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Russell Lin**<br>Creditor's Name<br>**3303 Harbor Boulevard**<br>**Suite G5**<br>**Costa Mesa, CA 92626**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All assets of the Debtor pursuant to validity of UCC1** | $445,435.00 | $0.00 |
| | Describe the lien<br>**UCC1 recorded on 02/07/2023**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**Last 4 digits of account number** | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

Debtor    **Virus International Inc.**
_____    Case number (if known) _____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.3** | **United Office Technologies Group** | | |

Creditor's Name

**9321 Irvine Boulevard
Irvine, CA 92618**

Creditor's mailing address

_____

Creditor's email address, if known

Date debt was incurred
**09/2020**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Leased Toshiba 3515AC
(Debtor intends to surrender)**        $4,069.75        $0.00

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$495,596.03**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Intuit Financing Inc.**<br>**Attn: Agent for Service of Process**<br>**CSC - Lawyers Inc. Service**<br>**2710 Gateway Oaks Drive, Suite 150N**<br>**Sacramento, CA 95833** | Line  **2.1** | |

**Fill in this information to identify the case:**

Debtor name    **Virus International Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Arizona Department of Revenue**<br>**PO Box 29010**<br>**Phoenix, AZ 85038-9010** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$132.84** | **$132.84** |
| Date or dates debt was incurred<br>**08/2023** | Basis for the claim:<br>**Sales Taxes** |  |  |
| Last 4 digits of account number **7558**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**California Department of Tax and**<br>**Fee Administration**<br>**Special Ops, MIC:55**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0055** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,099.18** | **$5,099.18** |
| Date or dates debt was incurred<br>**08/2023** | Basis for the claim:<br>**Sales Taxes** |  |  |
| Last 4 digits of account number **7541**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Debtor    **Virus International Inc.**
_____    Case number (if known) _____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $301.69 | $301.69 |
|---|---|---|---|---|

2.3    Priority creditor's name and mailing address
**Colorado Department of Revenue**

**Denver, CO 80261-0004**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$301.69    $301.69

Date or dates debt was incurred
**08/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **3SLS**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.4    Priority creditor's name and mailing address
**Comptroller of Maryland**
**Revenue Adminstration Center**
**Taxpayer Service Division**
**110 Carroll Street**
**Annapolis, MD 21411-0001**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$167.81    $167.81

Date or dates debt was incurred
**08/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **0346**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.5    Priority creditor's name and mailing address
**Connecticut Dept. of Revenue**
**450 Columbus Boulevard**
**Suite 1**
**Hartford, CT 06103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$134.80    $134.80

Date or dates debt was incurred
**08/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **9001**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.6    Priority creditor's name and mailing address
**Employment Development**
**Department**
**Bankruptcy Group MIC92E**
**PO Box 826880**
**Sacramento, CA 94280-0001**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice only - Listed in caution, no known debt**

Last 4 digits of account number **7541**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor   **Virus International Inc.**
Name

Case number (if known) _____

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.49 | $719.49 |
|-----|-----|-----|-----|-----|

**2.7**  Priority creditor's name and mailing address
**Florida Department of Revenue**
**5050 W. Tennessee Street**
**Tallahassee, FL 32399-0112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$719.49      $719.49

Date or dates debt was incurred
**08/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **4441**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.8**  Priority creditor's name and mailing address
**Georgia Department of Revenue**
**Taxpayer Services Division**
**PO Box 105499**
**Atlanta, GA 30348-5499**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$303.81      $303.81

Date or dates debt was incurred
**08/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **5324**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.9**  Priority creditor's name and mailing address
**Government of District of**
**Columbia**
**Office of Chief Financial Officer**
**Office of Tax and Revenue**
**1101 4th Street, SW**
**Washington, DC 20024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$34.63      $34.63

Date or dates debt was incurred
**07/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **2612**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.10**  Priority creditor's name and mailing address
**Illinois Department of Revenue**
**Central Registration Division**
**PO Box 19030**
**Springfield, IL 62794-9030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$494.30      $494.30

Date or dates debt was incurred
**08/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **4239**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor    **Virus International Inc.**                                   Case number (if known) _____
       Name

| 2.11 | Priority creditor's name and mailing address<br>**Indiana Department of Revenue**<br>**PO Box 1685**<br>**Indianapolis, IN 46206-1685** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $140.93 | $140.93 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**08/2023** | Basis for the claim:<br>**Sales Taxes** | | |
| | Last 4 digits of account number **5324**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only - Listed in caution, no known debt** | | |
| | Last 4 digits of account number **7541**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address<br>**Iowa Department of Revenue**<br>**Resgistration Services**<br>**PO Box 10470**<br>**Des Moines, IA 50306-0470** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $69.74 | $69.74 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**08/2023** | Basis for the claim:<br>**Sales Taxes** | | |
| | Last 4 digits of account number **5324**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address<br>**Kentucky Department of Revenue**<br>**Division of Sales and Use Tax**<br>**Station 67**<br>**PO Box 181**<br>**Frankfort, KY 40602-0181** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $55.93 | $55.93 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**08/2023** | Basis for the claim:<br>**Sales Taxes** | | |
| | Last 4 digits of account number **5324**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Virus International Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**2.15** | Priority creditor's name and mailing address
**Louisiana Department of Revenue**
**617 North Third Street**
**Baton Rouge, LA 70802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$48.46    $48.46

Date or dates debt was incurred
**08/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **1400**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.16** | Priority creditor's name and mailing address
**Michigan Department of Treasury**
**Business Tax Section**
**PO Box 30427**
**Lansing, MI 48909**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$152.48    $152.48

Date or dates debt was incurred
**08/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **5324**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.17** | Priority creditor's name and mailing address
**Minnesota Depart. of Revenue**
**600 N. Robert Street**
**Saint Paul, MN 55101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3.83    $3.83

Date or dates debt was incurred
**07/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **5324**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.18** | Priority creditor's name and mailing address
**NJ Division of Taxation**
**PO Box 999**
**Trenton, NJ 08646-0999**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2.79    $2.79

Date or dates debt was incurred
**08/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **5324**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor    **Virus International Inc.**                                      Case number (if known) _____
          Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $363.56 | $363.56 |

2.19   Priority creditor's name and mailing address
**North Carolina Dept. of Revenue**
**PO Box 25000**
**Raleigh, NC 27640-0640**

As of the petition filing date, the claim is:    $363.56    $363.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **5324**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.20   Priority creditor's name and mailing address
**Office of Processing & Taxpayer**
**Srv**
**W A Harriman Campus**
**Albany, NY 12227-8600**

As of the petition filing date, the claim is:    $435.58    $435.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **9001**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.21   Priority creditor's name and mailing address
**Ohio Department of Taxation**
**Attn: Compliance Business Tax**
**Divis**
**PO Box 2678**
**Columbus, OH 43216-2678**

As of the petition filing date, the claim is:    $304.15    $304.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **5324**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.22   Priority creditor's name and mailing address
**Oklahoma Tax Commission**

**Oklahoma City, OK 73194**

As of the petition filing date, the claim is:    $64.43    $64.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **5324**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor    **Virus International Inc.** _____    Case number (if known) _____
     Name

| 2.23 | Priority creditor's name and mailing address **PA Department of Revenue** **PO Box 280905** **Harrisburg, PA 17128-0905** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$10.22** | **$10.22** |
|---|---|---|---|---|

Date or dates debt was incurred
**08/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **5903**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address **State of California** **Franchise Tax Board** **Bankruptcy Section MS A340** **PO Box 2952** **Sacramento, CA 95812-2952** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Notice only - Listed in caution, no known debt**

Last 4 digits of account number **7541**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address **State of Hawaii** **Department of Taxation** **PO Box 259** **Honolulu, HI 96809-0259** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$305.30** | **$305.30** |
|---|---|---|---|---|

Date or dates debt was incurred
**07/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **8801**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address **State of Nevada** **Department of Taxation** **1550 College Pkwy., #115** **Carson City, NV 89706-7937** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$117.06** | **$117.06** |
|---|---|---|---|---|

Date or dates debt was incurred
**08/2023**

Basis for the claim:
**State Taxes**

Last 4 digits of account number **5324**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **Virus International Inc.**
      Name                                                     Case number (if known)

---

**2.27** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $789.84 | $789.84
| | **State of Washington** | Check all that apply. | |
| | **Department of Revenue** | ☐ Contingent | |
| | **PO Box 47476** | ☐ Unliquidated | |
| | **Olympia, WA 98504-7476** | ☐ Disputed | |

Date or dates debt was incurred
**08/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **4251**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**2.28** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,190.09 | $1,190.09
| | **Texas Comptroller of Public** | Check all that apply. | |
| | **Account** | ☐ Contingent | |
| | **PO Box 149348** | ☐ Unliquidated | |
| | **Austin, TX 78714-9348** | ☐ Disputed | |

Date or dates debt was incurred
**08/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **2171**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**2.29** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.01 | $104.01
| | **Utah State Tax Commission** | Check all that apply. | |
| | **Taxpayer Services Division** | ☐ Contingent | |
| | **210 North 1950 West** | ☐ Unliquidated | |
| | **Salt Lake City, UT 84134-0700** | ☐ Disputed | |

Date or dates debt was incurred
**08/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **5324**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**2.30** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $378.98 | $378.98
| | **Virginia Department of Taxation** | Check all that apply. | |
| | **PO Box 1777** | ☐ Contingent | |
| | **Richmond, VA 23218-1777** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Date or dates debt was incurred
**08/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **F001**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| Debtor | Virus International Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.31** Priority creditor's name and mailing address
**Wisconsin Department of Revenue**
**PO Box 8902**
**Madison, WI 53708-8902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$95.86    $95.86

Date or dates debt was incurred
**08/2023**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **5324**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.**

Amount of claim

---

**3.1** Nonpriority creditor's name and mailing address
**Anneke J. Quintana**
**16602 Sell Circle, 54**
**Huntington Beach, CA 92649**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __

Basis for the claim:  **Listed in caution**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**Attentive Mobile Inc.**
**221 River Street**
**9th Floor**
**Hoboken, NJ 07030**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,492.37

Date(s) debt was incurred  **2023**

Basis for the claim:  **Services**

Last 4 digits of account number  **4919**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
**Avalara, Inc.**
**Attn: Officer, Director or**
**Managing Agent**
**255 S. King Street, Suite 1800**
**Seattle, WA 98104**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,976.23

Date(s) debt was incurred  **2023**

Basis for the claim:  **Sales Tax Funding**

Last 4 digits of account number  **9236**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
**Bamboo Rose**
**17 Rogers Street**
**Gloucester, MA 01930**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$895.00

Date(s) debt was incurred  **01/2023**

Basis for the claim:  **Services**

Last 4 digits of account number  **8027**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
**Bolt Technologies Incorporated**
**260-157 Addelaide Street West**
**Toronto ON  M5H4E7**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$47,020.66

Date(s) debt was incurred  **2023**

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor __Virus International Inc._____     Case number (if known) _____
         Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,638.68** |
|---|---|---|---|

**Capital One, N.A.**
**Attn: Officer, Director or**
**Managing Agent**
**1680 Capital One Drive**
**Mc Lean, VA 22102**

Date(s) debt was incurred __

Last 4 digits of account number __9798__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Capital One, N.A.**
**Attn: Officer, Director or**
**Managing Agent**
**1680 Capital One Drive**
**Mc Lean, VA 22102**

Date(s) debt was incurred __

Last 4 digits of account number __0218__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Card__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Cesar A. Flores**
**17332 Euclid Street, E**
**Fountain Valley, CA 92708**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Listed in caution__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,501.34** |
|---|---|---|---|

**Citibank, N.A.**
**Attn: Officer, Director or**
**Managing Agent**
**5800 S. Corporate Place**
**Sioux Falls, SD 57108**

Date(s) debt was incurred __

Last 4 digits of account number __2317__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,217.01** |
|---|---|---|---|

**Cox Business**
**Department # 102280**
**PO Box 1259**
**Oaks, PA 19456**

Date(s) debt was incurred __2023__

Last 4 digits of account number __6402__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Creditors Adjustment Bureau**
**14226 Ventura Boulevard**
**Sherman Oaks, CA 91423**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Listed in caution__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Estefani Bautista**
**2831 Bristol Street, #103**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Listed in caution__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Virus International Inc.**
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,175.48 |

**FedEx**
**PO Box 7221**
**Pasadena, CA 91109-7321**

Date(s) debt was incurred __2023__

Last 4 digits of account number __8751__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,225.00 |

**Gift Card Holders**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Debtor intents to file a Motion to serve approx. 1000 creditors by email as many/most of the creditors are only known by an email address__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ida Broadlick**
**9536 Rhea Avenue**
**Fountain Valley, CA 92708**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Listed in caution__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.90 |

**Irvine Ranch Water District**
**Attn: Officer, Director or**
**Managing Agent**
**15600 San Canyon Avenue**
**Irvine, CA 92618**

Date(s) debt was incurred __2023__

Last 4 digits of account number __8094__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,035.15 |

**JPMorgan Chase Bank, N.A.**
**Attn: Officer, Director or**
**Managing Agent**
**1111 Polaris Parkway**
**Columbus, OH 43240**

Date(s) debt was incurred __

Last 4 digits of account number __5628__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Card__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kesli A. Gazsik**
**467 Costa Mesa Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Listed in caution__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750,000.00 |

**Linda Takashima**
**134 White Flower**
**Irvine, CA 92603**

Date(s) debt was incurred __2023__

Last 4 digits of account number __CCJC__

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Virus International Inc.**_____   Case number (if known) _____
         Name

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,645,141.00
| **Lontex Corporation** | ☐ Contingent |
| **8 Dekalb Street** | ☐ Unliquidated |
| **4th Floor** | ■ Disputed |
| **Norristown, PA 19401** | |
| Date(s) debt was incurred _2022_ | Basis for the claim: _Lawsuit_ |
| Last 4 digits of account number _2206_ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $341.00
| **Melanie Lin** | ☐ Contingent |
| **21011 Osterman Road, #E234** | ☐ Unliquidated |
| **Lake Forest, CA 92630** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _Reimbursements for travel_ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
| **Oasis Outsourcing, LLC** | |
| **Attn: Officer, Director or** | ☐ Contingent |
| **Manaing Agent** | ☐ Unliquidated |
| **2054 Vista Parkway, Suite 300** | ☐ Disputed |
| **West Palm Beach, FL 33411** | |
| Date(s) debt was incurred _02/2023_ | Basis for the claim: _Listed in caution_ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,338.75
| **Onramp Funds** | ☐ Contingent |
| **1705 S. Capital of Texas Highway** | ☐ Unliquidated |
| **Austin, TX 78746** | ☐ Disputed |
| Date(s) debt was incurred _2023_ | Basis for the claim: _Asset Purchase Agreement_ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,829.21
| **PayPal** | ☐ Contingent |
| **Card Services** | ☐ Unliquidated |
| **PO Box 530075** | ☐ Disputed |
| **Atlanta, GA 30353-0075** | |
| Date(s) debt was incurred _ | Basis for the claim: _Credit Card_ |
| Last 4 digits of account number _5621_ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,447.65
| **PayPal Capital** | |
| **WebBank** | ☐ Contingent |
| **Attn: Off, Dir, & Managing Agent** | ☐ Unliquidated |
| **215 S. State Street, Suite 1000** | ☐ Disputed |
| **Salt Lake City, UT 84111** | |
| Date(s) debt was incurred _ | Basis for the claim: _Unsecured Business Loan_ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,991.00
| **Ren Jye Tsai** | ☐ Contingent |
| **7692 Garden Grove Boulevard** | ☐ Unliquidated |
| **Westminster, CA 92683** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _Unsecured loan_ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor    **Virus International Inc.**                                                    Case number (if known)
               Name

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Santiago Vasquez-Aguirre**
**17332 Euclid Street, E**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Listed in caution__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,593.85 |

**SDCO Costa Mesa Commerce Park Inc.**
**c/o DWS Group**
**RREEF Management LLC**
**535 Anton Boulevard, Suite 200**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __07/2021__

Basis for the claim: __Industrial Lease Agreement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,828.51 |

**Shopify Capital Inc.**
**100 Shockoe Slip, 2nd Floor**
**Richmond, VA 23219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/2022__

Basis for the claim: __Unsecured Loan__

Last 4 digits of account number __9907__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249,628.82 |

**Shopify Capital Inc.**
**100 Shockoe Slip, 2nd Floor**
**Richmond, VA 23219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __03/2023__

Basis for the claim: __Merchant Loan Agreement__

Last 4 digits of account number __9489__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,548.02 |

**Shopify Capital Inc.**
**100 Shockoe Slip, 2nd Floor**
**Richmond, VA 23219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __01/2023__

Basis for the claim: __Merchant Loan Agreement__

Last 4 digits of account number __9531__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,572.17 |

**Shopify Capital Inc.**
**100 Shockoe Slip, 2nd Floor**
**Richmond, VA 23219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/2022__

Basis for the claim: __Merchant Agreement__

Last 4 digits of account number __6742__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277,979.28 |

**The Bitetti Revocable Living Trust**
**c/o Gerrette Bitetti**
**2418 Holiday Road**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __04/2020__

Basis for the claim: __Commerical Lease Agreement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Virus International Inc.**    Case number (if known) _____
      Name

---

| | | |
|---|---|---|
| **3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**U.S. Customs and Border Protection**
210 El Cielo Road
Palm Springs, CA 92262

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Listed in caution**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| **3.35** | Nonpriority creditor's name and mailing address |

**U.S. Small Business Administration**
**Disaster Loan Servicing Center**
1545 Hawkins Boulevard, Suite 202
El Paso, TX 79925

Date(s) debt was incurred  06/2020
Last 4 digits of account number  8010

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Loan**

Is the claim subject to offset? ■ No  ☐ Yes

$150,000.00

---

| | |
|---|---|
| **3.36** | Nonpriority creditor's name and mailing address |

**Uplift Law, P.C.**
Attn: Officer, Director or
Managing Agent
650 N. Rose Drive, Suite 620
Placentia, CA 92870

Date(s) debt was incurred  2023
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney Fees**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| **3.37** | Nonpriority creditor's name and mailing address |

**Verizon**
PO Box 489
Newark, NJ 07101-0489

Date(s) debt was incurred  2023
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

$270.14

---

| | |
|---|---|
| **3.38** | Nonpriority creditor's name and mailing address |

**WebBank**
Attn: Officer, Director or
Managing Officer
215 South State Street, Suite 1000
Salt Lake City, UT 84111

Date(s) debt was incurred  01/2023
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Loan**

Is the claim subject to offset? ■ No  ☐ Yes

$74,432.82

---

| | |
|---|---|
| **3.39** | Nonpriority creditor's name and mailing address |

**WebBank**
Attn: Officer, Director or
Managing Officer
215 South State Street, Suite 1000
Salt Lake City, UT 84111

Date(s) debt was incurred  2023
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PayPal Working Capital**

Is the claim subject to offset? ■ No  ☐ Yes

$43,700.63

---

| | |
|---|---|
| **3.40** | Nonpriority creditor's name and mailing address |

**Wells Fargo Vendor Financial**
PO Box 3072
Cedar Rapids, IA 52406-3072

Date(s) debt was incurred  2023
Last 4 digits of account number  1000

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Purchase Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

$212.24

---

| Debtor | Virus International Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Attorney General of the US**<br>**US Attorney's Office**<br>**Central District of California**<br>**300 N. Los Angeles St., Suite 7211**<br>**Los Angeles, CA 90012** | Line _2.12_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Attorney General's Office**<br>**United States Department of Justice**<br>**Ben Franklin Station**<br>**PO Box 683**<br>**Washington, DC 20044** | Line _2.12_<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Attwentive Mobile, Inc.**<br>**Attn: Officer, Director or**<br>**Managing Agent**<br>**221 River Street, Suite 9047**<br>**Hoboken, NJ 07030** | Line _3.2_<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Attwentive Mobile, Inc.**<br>**Attn: Agent for Service of Process**<br>**C T Corporation System**<br>**330 N. Brand Boulevard, Suite 700**<br>**Glendale, CA 91203** | Line _3.2_<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Avalara, Inc.**<br>**Attn: Agent for Service of Process**<br>**C T Corporation System**<br>**330 N. Brand Boulevard, Suite 700**<br>**Glendale, CA 91203** | Line _3.3_<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Bolt Technologies Incorporated**<br>**Attn: Officer, Director or**<br>**Managing Agent**<br>**5600 Knott Avenue**<br>**Buena Park, CA 90621** | Line _3.5_<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Bolt Technologies Incorporated**<br>**Attn: Agent for Service of Process**<br>**C T Corporation System**<br>**330 N. Brand Boulevard, Suite 700**<br>**Glendale, CA 91203** | Line _3.5_<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Capital One, N.A.**<br>**Attn: Agent for Service of Process**<br>**CSC - Lawyers Inc. Service**<br>**2710 Gateway Oaks Drive, Suite 150N**<br>**Sacramento, CA 95833** | Line _3.6_<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Capital One, N.A.**<br>**Attn: Agent for Service of Process**<br>**CSC - Lawyers Inc. Service**<br>**2710 Gateway Oaks Drive, Suite 150N**<br>**Sacramento, CA 95833** | Line _3.7_<br><br>☐ Not listed. Explain ____ | _ |

Debtor    **Virus International Inc.**                                        Case number (if known) _____
_____
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **Citibank, N.A.**<br>**Attn: Agent for Service of Process**<br>**5800 S. Corporate Place**<br>**Sioux Falls, SD 57108** | Line  **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Cox Business**<br>**PO Box 53249**<br>**Phoenix, AZ 85072-3249** | Line  **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Delman Vukmanovic, LLP**<br>**Attn: John Vukmanovic**<br>**Attorneys for Linda Takashima**<br>**19200 Von Karman Avenue, 6th Fl**<br>**Irvine, CA 92612** | Line  **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **FedEx Corporation**<br>**Attn: Officer, Director or**<br>**Managing Agent**<br>**942 South Shady Grove Road**<br>**Memphis, TN 38120** | Line  **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **FedEx Corporation**<br>**Attn: Agent for Service of Process**<br>**C T Corporation System**<br>**330 N. Brand Boulevard, Suite 700**<br>**Glendale, CA 91203** | Line  **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Irvine Ranch Water District**<br>**Attn: Agent for Service of Process**<br>**15600 Sand Canyon Avenue**<br>**Irvine, CA 92618** | Line  **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **JPMorgan Chase Bank, N.A.**<br>**Attn: Agent for Service of Process**<br>**C T Corporation System**<br>**330 N. Brand Boulevard, Suite 700**<br>**Glendale, CA 91203** | Line  **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Oasis Outsourcing, LLC**<br>**Attn: Agent for Service of Process**<br>**C T Corporation System**<br>**330 N. Brand Boulevard, Suite 700**<br>**Glendale, CA 91203** | Line  **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **PayPal, Inc.**<br>**Attn: Off, Dir or Managing Agent**<br>**c/o Corporate Legal Department**<br>**2211 N. First Street**<br>**San Jose, CA 95131** | Line  **3.38**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **PayPal, Inc.**<br>**Attn: Agent for Service of Process**<br>**C T Corporation System**<br>**330 N. Brand Boulevard, Suite 700**<br>**Glendale, CA 91203** | Line  **3.38**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Virus International Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.20 | **PayPal, Inc.** <br> Attn: Off, Dir or Managing Agent <br> c/o Corporate Legal Department <br> 2211 N. First Street <br> San Jose, CA 95131 | Line **3.39** <br> ☐ Not listed. Explain ____ | _ |
| 4.21 | **PayPal, Inc.** <br> Attn: Agent for Service of Process <br> C T Corporation System <br> 330 N. Brand Boulevard, Suite 700 <br> Glendale, CA 91203 | Line **3.39** <br> ☐ Not listed. Explain ____ | _ |
| 4.22 | **RREEF Management LLC** <br> Attn: Officer, Director or <br> Managing Agent <br> 222 South Riverside Plaza, 34th Fl <br> Chicago, IL 60606 | Line **3.28** <br> ☐ Not listed. Explain ____ | _ |
| 4.23 | **RREEF Management LLC** <br> Attn: Agent for Service of Process <br> C T Corporation System <br> 330 N, Brand Boulevard, Suite 700 <br> Glendale, CA 91203 | Line **3.28** <br> ☐ Not listed. Explain ____ | _ |
| 4.24 | **SDCO Costa Mesa Commerce Park Inc.** <br> Attn: Officer,  Director or <br> Managing Agent <br> 222 South Riverside Plaza, 34th Fl <br> Chicago, IL 60606 | Line **3.28** <br> ☐ Not listed. Explain ____ | _ |
| 4.25 | **SDCO Costa Mesa Commerce Park Inc.** <br> Attn: Agent for Service of Process <br> C T Corporation System <br> 330 N. Brand Boulevard, Suite 700 <br> Glendale, CA 91203 | Line **3.28** <br> ☐ Not listed. Explain ____ | _ |
| 4.26 | **Swift Financial LLC** <br> Attn: Officer, Director or <br> Managing Agent <br> 3505 Silverside Road <br> Wilmington, DE 19810 | Line **3.38** <br> ☐ Not listed. Explain ____ | _ |
| 4.27 | **Swift Financial LLC** <br> Attn: Agent for Service of Process <br> C T Corporation System <br> 330 N. Brand Boulevard, Suite 700 <br> Glendale, CA 91203 | Line **3.38** <br> ☐ Not listed. Explain ____ | _ |
| 4.28 | **Troutman Pepper Hamilton** <br> **Sanders LLP** <br> Attorneys for Lontex Corporation <br> 11682 El Camino Real, Suite 400 <br> San Diego, CA 92130-2092 | Line **3.20** <br> ☐ Not listed. Explain ____ | _ |
| 4.29 | **United States Attorney's Office** <br> Federal Building, Room 7516 <br> 300 North Los Angeles Street <br> Los Angeles, CA 90012 | Line **2.12** <br> ☐ Not listed. Explain ____ | _ |

| Debtor | Virus International Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.30 | Uplift Law, P.C.<br>Attn: Agent for Service of Process<br>650 N. Rose Drive, Suite 620<br>Tustin, CA 92780 | Line  3.36 <br><br>☐  Not listed. Explain ____ | __ |
| 4.31 | Verizon Wireless Services, LLC<br>Attn: Officer, Director or<br>Managing Agent<br>One Verizon Way<br>Basking Ridge, NJ 07920 | Line  3.37 <br><br>☐  Not listed. Explain ____ | __ |
| 4.32 | Verizon Wireless Services, LLC<br>Attn: Agent for Service of Process<br>C T Corporation System<br>330 N. Brand Boulevard, Suite 700<br>Glendale, CA 91203 | Line  3.37 <br><br>☐  Not listed. Explain ____ | __ |
| 4.33 | WebBank<br>Attn: Agent for Service of Process<br>215 South State Street, Suite 1000<br>Salt Lake City, UT 84111 | Line  3.38 <br><br>☐  Not listed. Explain ____ | __ |
| 4.34 | WebBank<br>Attn: Agent for Service of Process<br>215 South State Street, Suite 1000<br>Salt Lake City, UT 84111 | Line  3.25 <br><br>☐  Not listed. Explain ____ | __ |
| 4.35 | WebBank<br>Attn: Agent for Service of Process<br>215 South State Street, Suite 1000<br>Salt Lake City, UT 84111 | Line  3.30 <br><br>☐  Not listed. Explain ____ | __ |
| 4.36 | WebBank<br>Attn: Officer, Director or<br>Managing Officer<br>215 South State Street, Suite 1000<br>Salt Lake City, UT 84111 | Line  3.30 <br><br>☐  Not listed. Explain ____ | __ |
| 4.37 | WebBank<br>Attn: Agent for Service of Process<br>215 South State Street, Suite 1000<br>Salt Lake City, UT 84111 | Line  3.31 <br><br>☐  Not listed. Explain ____ | __ |
| 4.38 | WebBank<br>Attn: Officer, Director or<br>Managing Officer<br>215 South State Street, Suite 1000<br>Salt Lake City, UT 84111 | Line  3.31 <br><br>☐  Not listed. Explain ____ | __ |
| 4.39 | WebBank<br>Attn: Agent for Service of Process<br>215 South State Street, Suite 1000<br>Salt Lake City, UT 84111 | Line  3.24 <br><br>☐  Not listed. Explain ____ | __ |
| 4.40 | WebBank<br>Attn: Officer, Director or<br>Managing Officer<br>215 South State Street, Suite 1000<br>Salt Lake City, UT 84111 | Line  3.24 <br><br>☐  Not listed. Explain ____ | __ |

| Debtor | Virus International Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.41  **WebBank**<br>**Attn: Agent for Service of Process**<br>**215 South State Street, Suite 1000**<br>**Salt Lake City, UT 84111** | Line  3.32<br>☐  Not listed. Explain ____ | _ |
| 4.42  **WebBank**<br>**Attn: Officer, Director or**<br>**Managing Officer**<br>**215 South State Street, Suite 1000**<br>**Salt Lake City, UT 84111** | Line  3.32<br>☐  Not listed. Explain ____ | _ |
| 4.43  **WebBank**<br>**Attn: Agent for Service of Process**<br>**215 South State Street, Suite 1000**<br>**Salt Lake City, UT 84111** | Line  3.39<br>☐  Not listed. Explain ____ | _ |
| 4.44  **Wells Fargo Bank, N.A.**<br>**Attn: Officer, Director or**<br>**Managing Agent**<br>**101 North Phillips Avenue**<br>**Sioux Falls, SD 57104** | Line  3.40<br>☐  Not listed. Explain ____ | _ |
| 4.45  **Wells Fargo Bank, N.A.**<br>**Attn: Agent for Service of Process**<br>**CSC - Lawyers Inc. Service**<br>**2710 Gateway Oaks Dr, Ste. 150N**<br>**Sacramento, CA 95833** | Line  3.40<br>☐  Not listed. Explain ____ | _ |
| 4.46  **Wells Fargo Bank, N.A.**<br>**Attn: Officer, Director or**<br>**Managing Agent**<br>**150 E. 42nd Street**<br>**New York, NY 10017** | Line  3.40<br>☐  Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 12,021.79 |
| 5b. Total claims from Part 2 | 5b. + | $ 3,841,137.91 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 3,853,159.70 |

**Fill in this information to identify the case:**

Debtor name   **Virus International Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Lease Agreement** |
| | State the term remaining | **26** |
| | List the contract number of any government contract | |

**SDCO Costa Mesa Commerce Park Inc.**
**c/o DWS Group**
**RREEF Management LLC**
**535 Anton Boulevard, Suite 200**
**Costa Mesa, CA 92626**

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Lease Agreement** |
| | State the term remaining | **24** |
| | List the contract number of any government contract | |

**The Bitetti Revocable Living Trust**
**c/o Gerrette Bitetti**
**2418 Holiday Road**
**Newport Beach, CA 92660**

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Printer Lease Agreement** |
| | State the term remaining | **25** |
| | List the contract number of any government contract | |

**United Office Technologies Group**
**9321 Irvine Boulevard**
**Irvine, CA 92618**

| Fill in this information to identify the case: |
| --- |

Debtor name    **Virus International Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor                                             Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | Linda Takashima | 134 White Flower<br>Irvine, CA 92603 | SDCO Costa Mesa Commerce Park Inc. | ☐ D _____<br>■ E/F __3.28__<br>☐ G _____ |
| 2.2 | Russell Lin | 3303 Harbor Boulevard<br>Suite G5<br>Costa Mesa, CA 92626 | Shopify Capital Inc. | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |
| 2.3 | Russell Lin | 3303 Harbor Boulevard<br>Suite G5<br>Costa Mesa, CA 92626 | Capital One, N.A. | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.4 | Russell Lin | 3303 Harbor Boulevard<br>Suite G5<br>Costa Mesa, CA 92626 | Citibank, N.A. | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |

Debtor    __Virus International Inc._____    Case number *(if known)* _____

---

███    **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                    Column 2: **Creditor**

| 2.5 | **Russell Lin** | 3303 Harbor Boulevard<br>Suite G5<br>Costa Mesa, CA 92626 | **WebBank** | ☐ D _____<br>■ E/F __3.38__<br>☐ G _____ |
|---|---|---|---|---|
| 2.6 | **Russell Lin** | 3303 Harbor Boulevard<br>Suite G5<br>Costa Mesa, CA 92626 | **Intuit Financing Inc.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Russell Lin** | 3303 Harbor Boulevard<br>Suite G5<br>Costa Mesa, CA 92626 | **PayPal** | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.8 | **Russell Lin** | 3303 Harbor Boulevard<br>Suite G5<br>Costa Mesa, CA 92626 | **Shopify Capital Inc.** | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |
| 2.9 | **Russell Lin** | 3303 Harbor Boulevard<br>Suite G5<br>Costa Mesa, CA 92626 | **Uplift Law, P.C.** | ☐ D _____<br>■ E/F __3.36__<br>☐ G _____ |
| 2.10 | **Russell Lin** | 3303 Harbor Boulevard<br>Suite G5<br>Costa Mesa, CA 92626 | **Linda Takashima** | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.11 | **Russell Lin** | 3303 Harbor Boulevard<br>Suite G5<br>Costa Mesa, CA 92626 | **WebBank** | ☐ D _____<br>■ E/F __3.39__<br>☐ G _____ |

---

Official Form 206H                    Schedule H: Your Codebtors                    Page 2 of 3

| Debtor | **Virus International Inc.** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.12 | **Russell Lin** | 3303 Harbor Boulevard<br>Suite G5<br>Costa Mesa, CA 92626 | **SDCO Costa Mesa<br>Commerce Park Inc.** | ☐ D ____<br>■ E/F ____3.28<br>☐ G ____ |
| 2.13 | **Russell Lin** | 3303 Harbor Boulevard<br>Suite G5<br>Costa Mesa, CA 92626 | **Ren Jye Tsai** | ☐ D ____<br>■ E/F ____3.26<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name    **Virus International Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:** From  **1/01/2023** to **07/31/2023** | ☑ Operating a business ☐ Other | $1,250,095.85 |
    | **For prior year:** From  **1/01/2022** to **12/31/2022** | ☑ Operating a business ☐ Other | $3,158,675.00 |
    | **For year before that:** From  **1/01/2021** to **12/31/2021** | ☑ Operating a business ☐ Other | $3,617,609.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None.

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
    |---|---|---|---|

Debtor    **Virus International Inc.**                                Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Capital One, N.A.**<br>Attn: Officer, Director or<br>Managing Agent<br>1680 Capital One Drive<br>Mc Lean, VA 22102 | 06/30/2023 -<br>$20,000.00<br>07/15/2023 -<br>$ 7,887.10<br>08/01/2023 -<br>$ 3,000.00 | $30,887.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Credit Card** |
| 3.2. **SDCO Costa Mesa Commerce Park Inc.**<br>c/o DWS Group<br>RREEF Management LLC<br>535 Anton Boulevard, Suite 200<br>Costa Mesa, CA 92626 | 06/2023 -<br>$5,391.75<br>07/2023 - $<br>485.26<br>08/2023 -<br>$6,146.60 | $12,023.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Industrial Lease** |
| 3.3. **The Bitetti Revocable Living Trust**<br>c/o Gerrette Bitetti<br>2418 Holiday Road<br>Newport Beach, CA 92660 | 06/2023 -<br>$11,533.20 | $11,533.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Commerical Lease<br>Agreement** |
| 3.4. **Baja Fulfillment Services, LLC**<br>2451 Britannia Boulevard<br>San Diego, CA 92154 | 06/2023 -<br>$34,185.50<br>07/2023 -<br>$17,020.63<br>08/2023 -<br>$83,913.56 | $135,119.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Uplift Law, P.C.**<br>Attn: Officer, Director or<br>Managing Agent<br>650 N. Rose Drive, Suite 620<br>Placentia, CA 92870 | 07/28/2023 -<br>$10,000.00 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.6. **Lilo Vision**<br>2246 Mary Baldwin Drive<br>Alexandria, VA 22307 | 06/2023 -<br>$2,884.61<br>07/2023 -<br>$6,586.66<br>08/2023 -<br>$7,142.26 | $16,613.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Sales Rep** |
| 3.7. **Avalara, Inc.**<br>Attn: Officer, Director or<br>Managing Agent<br>255 S. King Street, Suite 1800<br>Seattle, WA 98104 | 07/2023 - $<br>7,859.40 | $7,859.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.8. **FedEx**<br>PO Box 7221<br>Pasadena, CA 91109-7321 | 06/2023 -<br>$4,628.80<br>07/2023 -<br>$4,740.87<br>08/2023 - $<br>772.70 | $10,142.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

Debtor    **Virus International Inc.**    Case number (if known) _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.9. | **Onramp Funds**<br>**1705 S. Capital of Texas Highway**<br>**Austin, TX 78746** | 07/2023 -<br>$13,726.12<br>08/2023 - $<br>4,828.45 | **$18,554.57** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. | **Quickbooks**<br>**4079 Governor Drive**<br>**San Diego, CA 92122** | 06/2023 -<br>$5,761.41<br>07/2023 -<br>$5,761.41 | **$11,522.82** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. | **SKE International Trdng (Xiamen) CO.**<br>**LTD**<br>**Room 1609-1610, No. 318 Zhonglinli**<br>**Haicang, Xiamen, 361026, Fujian, China**<br>**USCI+91350205MA33LMG01W** | 06/2023 -<br>$30,000.00<br>07/2023 -<br>$27,412.46 | **$57,412.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. | **Webbler Aps**<br>**Ballevej 2b**<br>**8600 Silkeborg**<br>**Denmark** | 06/2023 -<br>$3,100.00<br>07/2023 -<br>$3,100.00<br>08/2023 -<br>$3,100.00 | **$9,300.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. | **Xel Advisors, LLC**<br>**337 N. Vineyard Avenue**<br>**Suite 306**<br>**Ontario, CA 91764** | 07/2023 -<br>$2,100.00<br>08/2023 -<br>$8,265.55 | **$10,365.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.14. | **Xenon Performance, Inc.**<br>**2737 S. Croddy Way**<br>**Suite J**<br>**Santa Ana, CA 92074** | 06/2023 -<br>$8,745.00<br>07/2023 -<br>$7,386.00<br>08/2023 -<br>$5,393.00 | **$21,524.00** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Action - A, Inc.**<br>**7692 Garden Grove Boulevard**<br>**Westminster, CA 92683**<br>**President's brother owns this corp.** | 08/30/2022 -<br>08/30/2023 | **$109,504.90** | **Sales related expenses and**<br>**short term loan repayment** |

Debtor   **Virus International Inc.**                                Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **Xenon Performance, Inc.**<br>**2737 S. Croddy Way**<br>**Suite J**<br>**Santa Ana, CA 92074**<br>**Russell Lin owns this company** | 08/30/2022 -<br>08/31/2022 | $99,330.08 | **Services, loan payments, and reimbursements** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Linda Takashima**<br>**vs.**<br>**Virus International Inc. and**<br>**Russell Lin**<br>**30-2023-01333121-CU-MC-CJ**<br>**C** | **Verified Complaint for: Involuntary Dissolution, Romoval of Director, Enforecment of Inspection Rights, Wrongful Termination by Constructive Discharge** | **Superior Court of California County of Orange Central Justice Center 700 West Civic Center Drive Irvine, CA 92612** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Lontex Corporation**<br>**vs.**<br>**Virus International**<br>**8:22-CV-02206** | **Complaint for Trademark Infringement** | **Central District of California United States District Court 312 N. Spring Street, Suite G8 Los Angeles, CA 90012** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

Debtor    **Virus International Inc.**    Case number *(if known)* _____

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **SHAW & HANOVER, PC**<br>**44-901 Village Court, Suite B**<br>**Palm Desert, CA 92260** | **Attorney fees of $14,055.00 and cost for filing fee of $338.00.** | **08/2023 – 09/2023** | **$14,493.00** |
| | **Email or website address**<br>**ss@shaw.law** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**

Debtor   **Virus International Inc.**                                    Case number *(if known)* _____

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | Costa Mesa Commerce Park, Building C<br>3303 Harbor Boulevard<br>Costa Mesa, CA 92626 | 07/2021 - 07/2022 |
| 14.2. | 8821 Research Drive<br>Irvine, CA 92618 | 04/2020 - 08/31/2023 |

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wells Fargo Bank<br>PO Box 6995<br>Portland, OR 97228-6995 | XXXX-0888 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12/06/2022 -<br>Funds were transferred to Wells Fargo account ending in 1884. | $22,139.04 |

Debtor   **Virus International Inc.**                                         Case number (if known) _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Venmo**<br>**117 Barrow Street**<br>**New York, NY 10014** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other **Mobile payment service** | 08/31/2023 | $1.23 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Costa Mesa Warehouse**<br>**3303 Harbor Boulevard, #G4 & G5**<br>**Costa Mesa, CA 92626** | **Melanie Lin** | **Inventory** | ☐ No<br>☑ Yes |
| **Baja Fulfillment Solutions**<br>**Calle Vinedos, #3000**<br>**Parque El Banjio**<br>**Tecate, B.C. Mexico 21430** | **Daniel Love and Scott Bier**<br>**2451 Britannia Boulevard**<br>**San Diego, CA 92154** | **Inventory** | ☐ No<br>☑ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor   **Virus International Inc.**                                    Case number *(if known)* _____

---

☑ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and | Nature of the case | Status of case |
| Case number | address | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
| | address | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
| | address | | |

---

**Part 13:** | **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number |
| | | Do not include Social Security number or ITIN. |
| | | |
| | | Dates business existed |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Ida Broadlick**<br>**9536 Rhea Avenue**<br>**Fountain Valley, CA 92708** | **12/2014 – 08/2023** |
| 26a.2. | **Xel Advisors, LLC**<br>**337 N. Vineyard Avenue**<br>**Suite 306**<br>**Ontario, CA 91764** | **12/2014 – 09/2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Ida Broadlick**<br>**9536 Rhea Avenue**<br>**Fountain Valley, CA 92708** | **12/2014 – 08/2023** |

---

Debtor    **Virus International Inc.**                                          Case number *(if known)* _____

| Name and address | | Date of service<br>From-To |
| --- | --- | --- |
| 26b.2. | **Xel Advisors, LLC**<br>**337 N. Vineyard Avenue**<br>**Suite 306**<br>**Ontario, CA 91764** | **12/2014 - 09/2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
| --- | --- |
| 26c.1.  **Xel Advisors, LLC**<br>**337 N. Vineyard Avenue**<br>**Suite 306**<br>**Ontario, CA 91764** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.1. | **Russell Lin and Melanie Lin** | **09/05/2023** | **$560,672.12 in cost value for Costa Mesa** |

Name and address of the person who has possession of inventory records

**Russell Lin and Melanie Lin**
**3303 Harbor Boulevard**
**Suite G5**
**Costa Mesa, CA 92626**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.2. | **Melanie Lin through online software Shiphero** | **09/16/21023** | **$797,958.26 in cost value for Baja** |

Name and address of the person who has possession of inventory records

**Russell Lin and Melanie Lin**
**3303 Harbor Boulevard**
**Suite G5**
**Costa Mesa, CA 92626**

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Russell Lin** | **3303 Harbor Boulevard**<br>**Suite G5**<br>**Costa Mesa, CA 92626** | **President/CEO** | **54%** |

Debtor   **Virus International Inc.**                                Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Linda Takashima | 134 White Flower Irvine, CA 92603 | Former Secretary - Resigned | 32% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Harold Rey Gubernick | 3303 Harbor Boulevard Suite G5 Costa Mesa, CA 92626 | Resident Sports Physician | 3% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sten Rasmussen | 14371 Mervyn Place Tustin, CA 92780 | Shareholder - Terminated 06/2020 | 3% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kevin Swanson | 4545 E. Galen Drive Anaheim, CA 92807 | Sponsored Athlete/Shareholder | 1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ryan Rubiano | 37 Picket Lane Aliso Viejo, CA 92656 | Secretary | 6% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Xenon Performance, Inc. 2737 S. Croddy Way Suite J Santa Ana, CA 92074 | $65,746.00 | 08/30/2022 - 08/31/2023 | Services |
| | Relationship to debtor Shareholder is Russell Lin | | | |
| 30.2 | Xenon Performance, Inc. 2737 S. Croddy Way Suite J Santa Ana, CA 92074 | $32,467.00 | 08/30/2022 - 08/30/2023 | Loan Payments |
| | Relationship to debtor Shareholder is Russell Lin | | | |

Debtor   **Virus International Inc.** _____   Case number (if known) _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3 **Xenon Performance, Inc.**<br>**2737 S. Croddy Way**<br>**Suite J**<br>**Santa Ana, CA 92074** | $1,117.08 | 08/30/2022 -<br>08/30/2023 | **Reimbursements** |
| Relationship to debtor<br>**Shareholder is Russell Lin** | | | |
| 30.4 **Melanie Lin**<br>**21011 Osterman Road, #E234**<br>**Lake Forest, CA 92630** | $92,054.08 | 08/30/2022 -<br>08/31/2023 | **Gross Wages** |
| Relationship to debtor<br>**Employee/President's**<br>**Daughter** | | | |
| 30.5 **Tiffanie Lin**<br>**6503 Havenwood Circle**<br>**Huntington Beach, CA 92648** | $51,996.19 | 08/30/2022 -<br>07/29/2023 | **Gross Wages** |
| Relationship to debtor<br>**Former Employee/President's**<br>**Daughter** | | | |
| 30.6 **Action - A, Inc.**<br>**7692 Garden Grove Boulevard**<br>**Westminster, CA 92683** | $74,504.90 | 08/30/2022 -<br>08/31/2023 | **Sales Related**<br>**Expenses** |
| Relationship to debtor<br>**Owned by President's Brother** | | | |
| 30.7 **Action - A, Inc.**<br>**7692 Garden Grove Boulevard**<br>**Westminster, CA 92683** | $35,000.00 | 08/30/2022 -<br>08/30/2023 | **Short Term Loan**<br>**Repayments** |
| Relationship to debtor<br>**Owned by President's Brother** | | | |
| 30.8 **Kevin Swanson**<br>**4545 E. Galen Drive**<br>**Anaheim, CA 92807** | $19,445.72 | 08/30/2022 -<br>08/31/2023 | **Brand Expenses** |
| Relationship to debtor<br>**Shareholder** | | | |
| 30.9 **Eugene Yastutomi**<br>**16672 Nile Circle**<br>**Huntington Beach, CA 92647** | $20,000.00 | 08/30/2022 -<br>08/30/2023 | **Treasury Stock** |
| Relationship to debtor<br>**Former Shareholder** | | | |

Debtor    **Virus International Inc.**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.10. | **Eugene Yastutomi**<br>**16672 Nile Circle**<br>**Huntington Beach, CA 92647** | **$44,615.35** | **08/30/2022 -**<br>**08/30/2023** | **Gross Wages** |
| | Relationship to debtor<br>**Former Shareholder** | | | |
| 30.11. | **Ryan Rubiano**<br>**37 Picket Lane**<br>**Aliso Viejo, CA 92656** | **$481.03** | **08/30/2022 -**<br>**08/30/2023** | **Reimbursements** |
| | Relationship to debtor<br>**Shareholder** | | | |
| 30.12. | **Ryan Rubiano**<br>**37 Picket Lane**<br>**Aliso Viejo, CA 92656** | **$103,384.55** | **08/30/2022 -**<br>**08/30/2023** | **Gross Wages** |
| | Relationship to debtor<br>**Former**<br>**Employee/Shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

  ☑ No
  ☐ Yes. Identify below.

  Name of the parent corporation         Employer Identification number of the parent corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

  ☑ No
  ☐ Yes. Identify below.

  Name of the pension fund         Employer Identification number of the pension fund

Case 8:23-bk-11906-SC    Doc 1    Filed 09/18/23    Entered 09/18/23 18:06:39    Desc
Main Document    Page 55 of 72
Case number *(if known)*

Debtor    **Virus International Inc.**

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **SEP 1 8 2023**

_____    **Russell Lin**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   Virus International Inc.

_____
Debtor(s)

Case No. _____

Chapter   7   _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 14,055.00 |
| Prior to the filing of this statement I have received | $ | 14,055.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

　■ Debtor　　□ Other (specify):

3.  The source of compensation to be paid to me is:

　■ Debtor　　□ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

　□ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

　a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
　b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
　c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
　d. [Other provisions as needed]
　　**The above amount includes attorney's fees only. Cost for filing fee paid to attorney was $338.00.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
　　**Representation of the debtor in any motion/applications, relief from stay actions or any other adversary proceedings.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

SEP 1 8 2023
_____
_Date_

_____
Summer Shaw, Esq.
_Signature of Attorney_
SHAW & HANOVER, PC
44-901 Village Court, Suite B
Palm Desert, CA 92260
(760) 610-0000  Fax: (760) 687-2800
ss@shaw.law
_Name of law firm_

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Summer Shaw, Esq.**<br>**44-901 Village Court, Suite B**<br>**Palm Desert, CA 92260**<br>**(760) 610-0000 Fax: (760) 687-2800**<br>California State Bar Number: **283598 CA**<br>**ss@shaw.law** | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Virus International Inc.** | CASE NO.:<br>CHAPTER: **7** |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _13_ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____ SEP 1 8 2023 _____        /s/ _____
                                                    Signature of Debtor 1

Date: _____        _____
                                                    Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____        _____
                                                    Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Virus International Inc.
Costa Mesa Commerce Park, Building C
3303 Harbor Boulevard
Costa Mesa, CA 92626


Summer Shaw, Esq.
SHAW & HANOVER, PC
44-901 Village Court, Suite B
Palm Desert, CA 92260


Anneke J. Quintana
16602 Sell Circle, 54
Huntington Beach, CA 92649


Arizona Department of Revenue
PO Box 29010
Phoenix, AZ 85038-9010


Attentive Mobile Inc.
221 River Street
9th Floor
Hoboken, NJ 07030


Attorney General of the US
US Attorney's Office
Central District of California
300 N. Los Angeles St., Suite 7211
Los Angeles, CA 90012


Attorney General's Office
United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044


Attwentive Mobile, Inc.
Attn: Officer, Director or
Managing Agent
221 River Street, Suite 9047
Hoboken, NJ 07030

Attwentive Mobile, Inc.
Attn: Agent for Service of Process
C T Corporation System
330 N. Brand Boulevard, Suite 700
Glendale, CA 91203


Avalara, Inc.
Attn: Officer, Director or
Managing Agent
255 S. King Street, Suite 1800
Seattle, WA 98104


Avalara, Inc.
Attn: Agent for Service of Process
C T Corporation System
330 N. Brand Boulevard, Suite 700
Glendale, CA 91203


Bamboo Rose
17 Rogers Street
Gloucester, MA 01930


Bolt Technologies Incorporated
260-157 Addelaide Street West
Toronto ON  M5H4E7


Bolt Technologies Incorporated
Attn: Officer, Director or
Managing Agent
5600 Knott Avenue
Buena Park, CA 90621


Bolt Technologies Incorporated
Attn: Agent for Service of Process
C T Corporation System
330 N. Brand Boulevard, Suite 700
Glendale, CA 91203


California Department of Tax and
Fee Administration
Special Ops, MIC:55
PO Box 942879
Sacramento, CA 94279-0055

Capital One, N.A.
Attn: Officer, Director or
Managing Agent
1680 Capital One Drive
Mc Lean, VA 22102


Capital One, N.A.
Attn: Agent for Service of Process
CSC - Lawyers Inc. Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833


Cesar A. Flores
17332 Euclid Street, E
Fountain Valley, CA 92708


Citibank, N.A.
Attn: Officer, Director or
Managing Agent
5800 S. Corporate Place
Sioux Falls, SD 57108


Citibank, N.A.
Attn: Agent for Service of Process
5800 S. Corporate Place
Sioux Falls, SD 57108


Colorado Department of Revenue
Denver, CO 80261-0004


Comptroller of Maryland
Revenue Adminstration Center
Taxpayer Service Division
110 Carroll Street
Annapolis, MD 21411-0001


Connecticut Dept. of Revenue
450 Columbus Boulevard
Suite 1
Hartford, CT 06103

Cox Business
Department # 102280
PO Box 1259
Oaks, PA 19456

Cox Business
PO Box 53249
Phoenix, AZ 85072-3249

Creditors Adjustment Bureau
14226 Ventura Boulevard
Sherman Oaks, CA 91423

Delman Vukmanovic, LLP
Attn: John Vukmanovic
Attorneys for Linda Takashima
19200 Von Karman Avenue, 6th Fl
Irvine, CA 92612

Employment Development Department
Bankruptcy Group MIC92E
PO Box 826880
Sacramento, CA 94280-0001

Estefani Bautista
2831 Bristol Street, #103
Costa Mesa, CA 92626

FedEx
PO Box 7221
Pasadena, CA 91109-7321

FedEx Corporation
Attn: Officer, Director or
Managing Agent
942 South Shady Grove Road
Memphis, TN 38120

FedEx Corporation
Attn: Agent for Service of Process
C T Corporation System
330 N. Brand Boulevard, Suite 700
Glendale, CA 91203


Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0112


Georgia Department of Revenue
Taxpayer Services Division
PO Box 105499
Atlanta, GA 30348-5499


Government of District of Columbia
Office of Chief Financial Officer
Office of Tax and Revenue
1101 4th Street, SW
Washington, DC 20024


Ida Broadlick
9536 Rhea Avenue
Fountain Valley, CA 92708


Illinois Department of Revenue
Central Registration Division
PO Box 19030
Springfield, IL 62794-9030


Indiana Department of Revenue
PO Box 1685
Indianapolis, IN 46206-1685


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Intuit Financing Inc.
Attn: Officer, Director or
Managing Agent
2700 Coast Avenue
Mountain View, CA 94043


Intuit Financing Inc.
Attn: Agent for Service of Process
CSC - Lawyers Inc. Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833


Iowa Department of Revenue
Resgistration Services
PO Box 10470
Des Moines, IA 50306-0470


Irvine Ranch Water District
Attn: Officer, Director or
Managing Agent
15600 San Canyon Avenue
Irvine, CA 92618


Irvine Ranch Water District
Attn: Agent for Service of Process
15600 Sand Canyon Avenue
Irvine, CA 92618


JPMorgan Chase Bank, N.A.
Attn: Officer, Director or
Managing Agent
1111 Polaris Parkway
Columbus, OH 43240


JPMorgan Chase Bank, N.A.
Attn: Agent for Service of Process
C T Corporation System
330 N. Brand Boulevard, Suite 700
Glendale, CA 91203


Kentucky Department of Revenue
Division of Sales and Use Tax
Station 67
PO Box 181
Frankfort, KY 40602-0181

Kesli A. Gazsik
467 Costa Mesa Street
Costa Mesa, CA 92627


Linda Takashima
134 White Flower
Irvine, CA 92603


Lontex Corporation
8 Dekalb Street
4th Floor
Norristown, PA 19401


Louisiana Department of Revenue
617 North Third Street
Baton Rouge, LA 70802


Melanie Lin
21011 Osterman Road, #E234
Lake Forest, CA 92630


Michigan Department of Treasury
Business Tax Section
PO Box 30427
Lansing, MI 48909


Minnesota Depart. of Revenue
600 N. Robert Street
Saint Paul, MN 55101


NJ Division of Taxation
PO Box 999
Trenton, NJ 08646-0999

North Carolina Dept. of Revenue
PO Box 25000
Raleigh, NC 27640-0640


Oasis Outsourcing, LLC
Attn: Officer, Director or
Manaing Agent
2054 Vista Parkway, Suite 300
West Palm Beach, FL 33411


Oasis Outsourcing, LLC
Attn: Agent for Service of Process
C T Corporation System
330 N. Brand Boulevard, Suite 700
Glendale, CA 91203


Office of Processing & Taxpayer Srv
W A Harriman Campus
Albany, NY 12227-8600


Ohio Department of Taxation
Attn: Compliance Business Tax Divis
PO Box 2678
Columbus, OH 43216-2678


Oklahoma Tax Commission
Oklahoma City, OK 73194


Onramp Funds
1705 S. Capital of Texas Highway
Austin, TX 78746


PA Department of Revenue
PO Box 280905
Harrisburg, PA 17128-0905

PayPal
Card Services
PO Box 530075
Atlanta, GA 30353-0075

PayPal Capital
WebBank
Attn: Off, Dir, & Managing Agent
215 S. State Street, Suite 1000
Salt Lake City, UT 84111

PayPal, Inc.
Attn: Off, Dir or Managing Agent
c/o Corporate Legal Department
2211 N. First Street
San Jose, CA 95131

PayPal, Inc.
Attn: Agent for Service of Process
C T Corporation System
330 N. Brand Boulevard, Suite 700
Glendale, CA 91203

Ren Jye Tsai
7692 Garden Grove Boulevard
Westminster, CA 92683

RREEF Management LLC
Attn: Officer, Director or
Managing Agent
222 South Riverside Plaza, 34th Fl
Chicago, IL 60606

RREEF Management LLC
Attn: Agent for Service of Process
C T Corporation System
330 N, Brand Boulevard, Suite 700
Glendale, CA 91203

Russell Lin
3303 Harbor Boulevard
Suite G5
Costa Mesa, CA 92626

Santiago Vasquez-Aguirre
17332 Euclid Street, E
Fountain Valley, CA 92708


SDCO Costa Mesa Commerce Park Inc.
c/o DWS Group
RREEF Management LLC
535 Anton Boulevard, Suite 200
Costa Mesa, CA 92626


SDCO Costa Mesa Commerce Park Inc.
Attn: Officer, Director or
Managing Agent
222 South Riverside Plaza, 34th Fl
Chicago, IL 60606


SDCO Costa Mesa Commerce Park Inc.
Attn: Agent for Service of Process
C T Corporation System
330 N. Brand Boulevard, Suite 700
Glendale, CA 91203


Shopify Capital Inc.
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219


State of California
Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952


State of Hawaii
Department of Taxation
PO Box 259
Honolulu, HI 96809-0259


State of Nevada
Department of Taxation
1550 College Pkwy., #115
Carson City, NV 89706-7937

State of Washington
Department of Revenue
PO Box 47476
Olympia, WA 98504-7476


Swift Financial LLC
Attn: Officer, Director or
Managing Agent
3505 Silverside Road
Wilmington, DE 19810


Swift Financial LLC
Attn: Agent for Service of Process
C T Corporation System
330 N. Brand Boulevard, Suite 700
Glendale, CA 91203


Texas Comptroller of Public Account
PO Box 149348
Austin, TX 78714-9348


The Bitetti Revocable Living Trust
c/o Gerrette Bitetti
2418 Holiday Road
Newport Beach, CA 92660


Troutman Pepper Hamilton
Sanders LLP
Attorneys for Lontex Corporation
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092


U.S. Customs and Border Protection
210 El Cielo Road
Palm Springs, CA 92262


U.S. Small Business Administration
Disaster Loan Servicing Center
1545 Hawkins Boulevard, Suite 202
El Paso, TX 79925

United Office Technologies Group
9321 Irvine Boulevard
Irvine, CA 92618


United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012


Uplift Law, P.C.
Attn: Officer, Director or
Managing Agent
650 N. Rose Drive, Suite 620
Placentia, CA 92870


Uplift Law, P.C.
Attn: Agent for Service of Process
650 N. Rose Drive, Suite 620
Tustin, CA 92780


Utah State Tax Commission
Taxpayer Services Division
210 North 1950 West
Salt Lake City, UT 84134-0700


Verizon
PO Box 489
Newark, NJ 07101-0489


Verizon Wireless Services, LLC
Attn: Officer, Director or
Managing Agent
One Verizon Way
Basking Ridge, NJ 07920


Verizon Wireless Services, LLC
Attn: Agent for Service of Process
C T Corporation System
330 N. Brand Boulevard, Suite 700
Glendale, CA 91203

Virginia Department of Taxation
PO Box 1777
Richmond, VA 23218-1777

WebBank
Attn: Officer, Director or
Managing Officer
215 South State Street, Suite 1000
Salt Lake City, UT 84111

WebBank
Attn: Agent for Service of Process
215 South State Street, Suite 1000
Salt Lake City, UT 84111

Wells Fargo Bank, N.A.
Attn: Officer, Director or
Managing Agent
101 North Phillips Avenue
Sioux Falls, SD 57104

Wells Fargo Bank, N.A.
Attn: Officer, Director or
Managing Agent
150 E. 42nd Street
New York, NY 10017

Wells Fargo Bank, N.A.
Attn: Agent for Service of Process
CSC - Lawyers Inc. Service
2710 Gateway Oaks Dr, Ste. 150N
Sacramento, CA 95833

Wells Fargo Vendor Financial
PO Box 3072
Cedar Rapids, IA 52406-3072

Wisconsin Department of Revenue
PO Box 8902
Madison, WI 53708-8902

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Summer Shaw, Esq. (SBN 283598)**<br>**SHAW & HANOVER, PC**<br>**44-901 Village Court, Suite B**<br>**Palm Desert, CA 92260**<br>**Telephone No.: (760) 610-0000**<br>**Facsimile No.: (760) 687-2800**<br>**Email: ss@shaw.law** | |

☑ *Attorney for:  Virus International Inc.*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION

| In re:<br>    **Virus International Inc.**<br><br>                                        Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **7** |
|---|---|
|                                        Plaintiff(s), | |
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
|                                        Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Russell Lin**                                          , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

       ☑ I am the president or other officer or an authorized agent of the Debtor corporation

       ☐ I am a party to an adversary proceeding

       ☐ I am a party to a contested matter

       ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

       *[For additional names, attach an addendum to this form.]*

b.   ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**SEP 1 8 2023**

By: _____

_____
Date

Signature of Debtor, or attorney for Debtor

Name:   **Russell Lin, President**
                Printed name of Debtor, or attorney for
                Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                **F 1007-4.CORP.OWNERSHIP.STMT**